IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICO RODRIQUEZ ALLEN,

    Petitioner,

v.                                                  CIVIL ACTION NO. 3:19-cv-0546
                                                     CRIMINAL ACTION NO. 3:18-cr-00033

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

Movant Rico Rodriquez Allen seeks to appeal this Court's Memorandum Opinion and Order denying his Motion to Reconsider (ECF No. 86). ECF No. 93. The Motion requested reconsideration of the Court's prior denial of Movant's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 (ECF No. 79). ECF No. 86. Movant also appealed that Opinion (ECF No. 83), and the Court denied a certificate of appealability. *See* ECF No. 90. Here, as with the original Motion to Vacate, Set Aside, or Correct Sentence, the Court finds that Movant has not made a substantial showing of the denial of a constitutional right and has not presented issues adequate to deserve encouragement to proceed. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.3 (1983)). The Court accordingly **DENIES** Movant a certificate of appealability regarding his Notice of Appeal (ECF No. 93).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:       November 12, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE